COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-264-
CV

IN RE CARLOS CISNEROS RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

After considering the petition for writ of mandamus, the response, the reply, and oral argument, the court is of the opinion that the petition for writ  of mandamus should be DENIED. 

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B
: WALKER, HOLMAN, and MCCOY, JJ.

DELIVERED: October 15, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.